**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James Frederick Quarles Sr. | CHAPTER 13 |
| Debtor(s) | BKY. NO. 20-10492 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Cascade Funding Mortgage Trust 2017-1 and index same on the master mailing list.

    Respectfully submitted,
    **/s/ Rebecca A. Solarz Esquire**
    Rebecca A Solarz, Esquire
    Kevin G. McDonald, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322