# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                          Chapter 13

    JAMES  FREDERICK QUARLES, SR           Bankruptcy No. 20-10492-AMC

    1801 MAPLE CIRCLE

    LANSDALE, PA 19446-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JAMES  FREDERICK QUARLES, SR

    1801 MAPLE CIRCLE

    LANSDALE, PA 19446-

**Counsel for debtor(s), by electronic notice only.**
    ALBERT J SCARAFONE JR ESQUIRE
    1717 SWEDE RD
    SUITE 200
    BLUE BELL, PA 19422

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 4/22/2020                                                                                /s/ William C. Miller

                                                                                                                                                                   _____

                                                            William C. Miller, Esquire
                                                            Chapter 13 Standing Trustee