# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10492-AMC

    JAMES  FREDERICK QUARLES, SR

    1801 MAPLE CIRCLE

    LANSDALE, PA 19446-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES  FREDERICK QUARLES, SR

    1801 MAPLE CIRCLE

    LANSDALE, PA 19446-

Counsel for debtor(s), by electronic notice only.

    ALBERT J SCARAFONE JR ESQUIRE
    1717 SWEDE RD
    SUITE 200
    BLUE BELL, PA 19422

        /S/ William C. Miller

Date: 8/4/2020        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee