## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James Frederick Quarles, Sr. | |
| Debtor | CHAPTER 13 |
| | |
| Cascade Funding Mortgage Trust 2017-1 | |
| Movant | |
| vs. | |
| | NO. 20-10492 AMC |
| James Frederick Quarles, Sr. | |
| Debtor | |
| | |
| William C. Miller, Esquire | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Cascade Funding Mortgage Trust 2017-1, which was filed with the Court on or about March 31, 2020 (Document No. 11).

Respectfully submitted,

**/s/ Rebecca A. Solarz,  Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

December 7, 2020