United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-10492-amc
James Frederick Quarles, Sr  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: Adminstra | Page 1 of 2
Date Rcvd: Dec 08, 2020 | Form ID: 155 | Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Frederick Quarles, Sr, 1801 Maple Circle, Lansdale, PA 19446-6037 |
| 14563759 | | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 14489212 | + | Cascade Funding Mortgage Trust 2017-1, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14491680 | + | Cascade Funding Mortgage Trust 2017-1, C/O Rebecca A Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14457897 | | Cascade Funding Mortgage Trust 2017-1, c/o Specialized Loan Servicing LLC, 8472 Lucent Boulevard, Suite 300, Littleton, CO 80129 |
| 14457898 | | First Federal Credit Control, 2470 Chagrin Boulevard, Suite 205, Beachwood, OH 44122-5630 |
| 14457899 | | Michele Quarles (Spouse), 1801 Maple Circle, Lansdale, PA 19446-6037 |
| 14519142 | + | Pa Housing Finance, c/o Leon P. Haller, 1719 North Front St., Harrisburg, Pa 17102-2305 |
| 14525131 | + | Specialized Loan Servicing LLC, 6200 S .Quebec Street, Greenwood Village, CO 80111-4720 |
| 14457902 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14476778 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2020 03:26:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14457900 | + | Email/Text: blegal@phfa.org | Dec 09 2020 03:26:00 | PA Housing Finance Agency, Single Family Homes Division, 2101 North Front St., Box 8029, Harrisburg, PA 17110-1086 |
| 14457901 | | Email/Text: blegal@phfa.org | Dec 09 2020 03:26:00 | PHFA-Hemap, 211 North Front Street, PO Box 8029, Harrisburg, PA 17105 |
| 14519884 | + | Email/Text: blegal@phfa.org | Dec 09 2020 03:26:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14488902 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 09 2020 03:40:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: 155 | Total Noticed: 15 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor James Frederick Quarles  Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Plaintiff James Frederick Quarles  Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| LEON P. HALLER | on behalf of Defendant Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James Frederick Quarles, Sr
      Debtor(s)

Chapter: 13
Bankruptcy No: 20−10492−amc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this December 8, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

40
Form 155