UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    James Frederick Quarles, Sr.  )  Chapter 13
                                               )
                                             )  20-10492 AMC

### **CERTIFICATION OF NO RESPONSE**

I, Albert J. Scarafone, Esquire, counsel for debtor(s), hereby certify that as of December 21, 2020, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Application For Compensation in the above-captioned case.

                                        /s/ Albert J. Scarafone
                                        Albert J. Scarafone, Jr., Esq.
                                        Hill, Friedland & Scarafone
                                        1717 Swede Road, Suite 200
                                        Blue Bell, PA 19422-3372
                                        (610) 275-4000