**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:
   James Frederick Quarles,   )  Chapter 13
   Sr.

                            )
                            )  20-10492 AMC

## ORDER APPROVING COUNSEL FEE

      **AND NOW**, this    day of             , 2020, upon consideration of the Application of Albert J Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

      **ORDERED AND DECREED** that the Application is approved in the amount of $6,000.00 and that the balance as stated in the Application, in the amount of $4,500.00, shall be paid to Debtor's counsel as an administrative expense.

BY THE COURT:

**Date: December 22, 2020**        _____

                                 Ashely M. Chan
                                 Bankruptcy Judge
                                 United States Bankruptcy Court