United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10492-amc |
| James Frederick Quarles, Sr | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 22, 2020 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | James Frederick Quarles, Sr, 1801 Maple Circle, Lansdale, PA 19446-6037 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor James Frederick Quarles  Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Plaintiff James Frederick Quarles  Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| LEON P. HALLER | on behalf of Defendant Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2     User: Adminstra     Page 2 of 2
Date Rcvd: Dec 22, 2020     Form ID: pdf900     Total Noticed: 1
TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:
  James Frederick Quarles, Sr.  ) Chapter 13
  )
  ) 20-10492 AMC

**ORDER APPROVING COUNSEL FEE**

**AND NOW**, this ___ day of _____, 2020, upon consideration of the Application of Albert J Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED AND DECREED** that the Application is approved in the amount of $6,000.00 and that the balance as stated in the Application, in the amount of $4,500.00, shall be paid to Debtor's counsel as an administrative expense.

BY THE COURT:

**Date: December 22, 2020**

_____
Ashely M. Chan
Bankruptcy Judge
United States Bankruptcy Court