# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 20-10492-AMC

JAMES FREDERICK QUARLES, SR

1801 MAPLE CIRCLE

LANSDALE, PA 19446-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JAMES FREDERICK QUARLES, SR

1801 MAPLE CIRCLE

LANSDALE, PA 19446-

Counsel for debtor(s), by electronic notice only.

ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422

Date: 1/12/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee