United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                    Case No. 20-10492-amc

James Frederick Quarles, Sr                      Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                 Page 1 of 2

Date Rcvd: Feb 09, 2021                  Form ID: pdf900                         Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Frederick Quarles, Sr, 1801 Maple Circle, Lansdale, PA 19446-6037 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | + | SPECIALIZED LOAN SERVICING, LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Waterfall Victoria Grantor Trust II, Series G, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14563759 | | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 14489212 | + | Cascade Funding Mortgage Trust 2017-1, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14491680 | + | Cascade Funding Mortgage Trust 2017-1, C/O Rebecca A Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14457897 | | Cascade Funding Mortgage Trust 2017-1, c/o Specialized Loan Servicing LLC, 8472 Lucent Boulevard, Suite 300, Littleton, CO 80129 |
| 14457898 | | First Federal Credit Control, 2470 Chagrin Boulevard, Suite 205, Beachwood, OH 44122-5630 |
| 14457899 | | Michele Quarles (Spouse), 1801 Maple Circle, Lansdale, PA 19446-6037 |
| 14519142 | + | Pa Housing Finance, c/o Leon P. Haller, 1719 North Front St., Harrisburg, Pa 17102-2305 |
| 14525131 | + | Specialized Loan Servicing LLC, 6200 S .Quebec Street, Greenwood Village, CO 80111-4720 |
| 14457902 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 10 2021 03:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2021 03:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 10 2021 03:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14577037 | | Email/Text: jill@ffcc.com | Feb 10 2021 03:07:00 | First Federal Credit Control, Inc., 24700 Chagrin Blvd Suite 205, Cleveland, OH 44122 |
| 14476778 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2021 03:07:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14457900 | + | Email/Text: blegal@phfa.org | Feb 10 2021 03:07:00 | PA Housing Finance Agency, Single Family Homes Division, 2101 North Front St., Box 8029, Harrisburg, PA 17110-1086 |
| 14457901 | | Email/Text: blegal@phfa.org | Feb 10 2021 03:07:00 | PHFA-Hemap, 211 North Front Street, PO Box 8029, Harrisburg, PA 17105 |
| 14519884 | + | Email/Text: blegal@phfa.org | Feb 10 2021 03:07:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14488902 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 10 2021 02:57:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 20-10492-amc   Doc 52   Filed 02/11/21   Entered 02/12/21 00:52:10   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2021 | Form ID: pdf900 | Total Noticed: 22 |
| TOTAL: 9 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor James Frederick Quarles Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Plaintiff James Frederick Quarles Sr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| LEON P. HALLER | on behalf of Defendant Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JAMES FREDERICK QUARLES, SR

Chapter 13

Debtor

Bankruptcy No. 20-10492-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: February 9, 2021

_____
Honorable Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422

Debtor:
JAMES FREDERICK QUARLES, SR

1801 MAPLE CIRCLE

LANSDALE, PA 19446-